UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, ) | |
| SECRETARY OF LABOR, ) | FILE NO. _____ |
| UNITED STATES DEPARTMENT OF LABOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANTICO FOODS, LLC, and ) | |
| GIOVANNI DIPALMA, ) | |
| ) | |
| Respondent. ) | |

**[PROPOSED] ORDER TO SHOW CAUSE WHY A**
**PRELIMINARY INJUCTION SHOULD NOT ISSUE**

Plaintiff Thomas E. Perez, Secretary of Labor, United States Department of Labor, having filed his Application for a Temporary Restraining Order and Order for Defendants to Show Cause Why a Preliminary Injunction Should Not Issue ("Plaintiff's Application"), and documents in support of Plaintiff's Application, and

It appearing to this Court that good cause has been shown that Defendants should show cause why a Preliminary Injunction should not issue, it is hereby

ORDERED, ADJUDGED, AND DECREED that at _____ a.m. / p.m. on _____, 20__, in the courtroom in the United States District Court for the Northern District of Georgia, Room _____, located at _____ Atlanta, Georgia 30303, and usually occupied by the undersigned United States District Judge, Defendants shall appear and show cause, if there be any, why a preliminary injunction shall not issue; and it is further

ORDERED, ADJUDGED, AND DECREED that Plaintiff shall forthwith serve copies of this Order and the aforesaid Application for a Temporary Restraining Order and Order for Defendants to Show Cause Why a Preliminary Injunction Should Not Issue, by causing such documents to be delivered to Defendants, each individually through their counsel, by overnight delivery using United Parcel Service; and it is further

ORDERED, ADJUDGED, AND DECREED that not later than close of business on _____, Defendants shall file their response to Plaintiff's Application.

**SO ORDERED**.

Dated this ____ day of _____, 2014.

_____

United States District Judge