# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THOMAS E. PEREZ<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF<br>LABOR<br><br>      Plaintiff,<br><br>v.<br><br>ANTICO FOODS, LLC and GIOVANNI<br>DIPALMA,<br><br>      Respondent. | CIVIL ACTION FILE NO.<br>1:14-cv-03143 |

## NOTICE OF APPEARANCE OF NATHAN D. CHAPMAN

Nathan D. Chapman of the law firm Wargo & French LLP, 999 Peachtree Street NE, 26th Floor, Atlanta, Georgia 30309, hereby enters his appearance as counsel of record for Respondents Antico Foods, LLC and Giovanni DiPalma in the above-referenced matter.

[*Signature on the following page*]

Respectfully submitted, this 3rd day of October, 2014.

**WARGO & FRENCH LLP**

*/s/ Nathan D. Chapman*
Michael D. Kabat
Georgia Bar No. 405720
mkabat@wargofrench.com
Nathan D. Chapman
Georgia Bar No. 244954
nchapman@wargofrench.com
Priya B. Vivian
Georgia Bar. No. 940703
pvivian@wargofrench.com

999 Peachtree St. NE
26th Floor
Atlanta, GA  30309
(404) 853-1500 (telephone)
(404) 853-1501 (facsimile)

*Counsel for Respondents*
*Antico Foods, LLC and Giovanni DiPalma*

# **RULE 7.1(D) CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(B).

Respectfully submitted this 3rd day of October, 2014.

*/s/ Nathan D. Chapman*
Nathan D. Chapman
Georgia Bar No. 244954

# **CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing **NOTICE OF APPEARANCE OF NATHAN D. CHAPMAN** with the Clerk of Court using the CM/ECF system, which will automatically give notification of such filing to the following attorney of record for Plaintiff:

Kristen Murphy
U.S. Department of Labor – Atlanta
Office of the Solicitor
61 Forsyth Street, S.W.
Suite 7T10
Atlanta, Georgia 30303

This 3rd day of October, 2014.

*/s/ Nathan D. Chapman*
Nathan D. Chapman