# EXHIBIT D

# Declaration of Aregash Akanw

## DECLARATION OF AREGASH AKANW

I, **AREGASH AKANW**, do hereby declare as follows, based upon my personal knowledge of the matters contained herein:

1.

I am over 18 years of age and competent to testify to the matters stated in this declaration. I make this declaration based upon my personal knowledge. This declaration is given voluntarily. I have not been promised any benefit, coerced or threatened in any manner in exchange for the testimony in this declaration.

2.

I am currently employed as cashier and have been so employed close to five years. In this capacity, I know Giovanni DiPalma.

3.

I am aware of the Department of Labor Investigation that began sometime around July or August 2014.

4.

At no time has Mr. DiPalma told me that he wanted me to lie to the Department of Labor Investigators.

5.

At no time have I witnessed Mr. DiPalma instructing an employee that he wanted him or her to lie to the Department of Labor Investigators.

6.

At no time has Mr. DiPalma told me he wanted me to leave the premises because he did not want me to speak to a Department of Labor Investigator.

7.

At no time have I witnessed Mr. DiPalma instructing another employee to leave the premises because Mr. DiPalma did not want the employee to speak to the Department of Labor Investigators.

8.

At no time has Mr. DiPalma threatened to fire or deport me because of or based on his belief that I have spoken with a Department of Labor Investigator or participated in a Department of Labor investigation.

9.

At no time have I witnessed Mr. DiPalma threaten to fire or deport an employee because of or based on his belief that that employee has spoken with a Department of Labor Investigator or participated in a Department of Labor investigation.

10.

At no time has Mr. DiPalma instructed me to tell the Department of Labor that I work fewer hours than I actually do, or to lie about the number of hours I worked.

11.

At no time have I witnessed Mr. DiPalma instructing another employee to tell the Department of Labor that they work fewer hours than they actually do, or lie about the number of hours they worked.

12.

At no time has Mr. DiPalma ever told me to lie about who my employer is.

13.

At no time have I witnessed Mr. DiPalma instructing any employee to lie about who their employer is.

14.

At no time have I been intimidated or afraid that I will be fired for cooperating with the Department of Labor's investigation.

15.

At no time have my wages been delayed or withheld because Mr. DiPalma believed that I was participating in the Department of Labor investigation.

16.

At no time has Mr. DiPalma told me he was going to call the immigration authorities to report former employees because Mr. DiPalma believed they called the Department of Labor.

17.

To my knowledge, I do not know of anyone who has been terminated by Mr. DiPalma because he believed those employees spoke with the Department of Labor investigators or participated in the Department of Labor investigation.

18.

At no time have I seen Mr. DiPalma get in a physical altercation with an employee.

**PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed this 4th day of October, 2014 in Atlanta, Georgia.

*[Signature]*