# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THOMAS E. PEREZ<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR<br><br>          Plaintiff,<br><br>v.<br><br>ANTICO FOODS, LLC and<br>GIOVANNI DIPALMA,<br><br>          Respondent | CIVIL ACTION FILE NO. 1:14-cv-03143 |

## NOTICE OF FILING

Respondents file the following, pursuant to the Consent Order entered on October 6, 2014:

*Usted esta protegido por la Ley de Normas Justas de Trabajo y tiene el derecho de participar libremente en la investigación del Departamento de Trabajo sobre las prácticas de pago de su empleador. Usted tiene el derecho de hablar libremente con los investigadores u otros funcionariós del Departamento de Trabajo y ha no revelar esas comunicaciónes. Su empleador esta prohibido de tomar represalias y no tomará represalias contra usted de ninguna forma, incluyendo la terminación de su empleo, por haber hablado con el Departamento de Trabajo.*

*Por orden de consetimiento entrada en el Tribunal Federal de Distrito Norte de Georgia, el Departamento de Trabajo, Antico Foods, LLC, y Giovanni DiPalma han acordado que ni el empleador ni cualquier persona que actúe en su nombre coaccionará, tomará represalias contra, o amenazará con tomar represalias*

*contra, intimidará o intentente influir, o de ninguna otra manera amenazará a los empleados por el suministro de información al Departamento de Trabajo .*


Respectfully submitted this 8th day of October, 2014.

                                            **WARGO & FRENCH LLP**

                                              _s/ *Priya B. Vivian*_
                                          **Michael D. Kabat**
                                          **Nathan D. Chapman**
                                          **Priya B. Vivian**
                                          **999 Peachtree Street, NE**
                                          **26th Floor**
                                          **Atlanta, Georgia 30309**
                                          **Tel: (404) 853-1500**
                                          **Fax: (404) 853-1501**
                                          **E-mail: mkabat@wargofrench.com**
                                                           **nchapman@wargofrench.com**
                                                           **pvivian@wargofrench.com**

                                          *Attorneys for Respondents Antico*
                                          *Foods, LLC and Giovanni DiPalma*

# CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2014, I filed the foregoing document with the Court via CM/ECF, which will deliver electronic notice to all counsel of record as follows:

    Kristin R. Murphy
    Office of the Solicitor
    U.S. Department of Labor
    61 Forsyth Street, S.W.
    Room 7T10
    Atlanta, Georgia 30303

                                             s/ *Priya B. Vivian*
                                                 Priya B. Vivian